Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
David Morales

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORALES, | ) Case No.: 2:13-cv-00348-FFM |
| | ) |
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,630.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 8, 2015

/S/ FREDERICK F. MUMM
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE